```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALI SHABAZZ,                          :    CIVIL ACTION
                                       :    No. 13-2367
          Plaintiff,                   :
                                       :
     v.                                :
                                       :
SUPERINTENDENT BURNS, et al.,          :
                                       :
          Respondents.                 :
```

# O R D E R

**AND NOW**, this **24th** day of **April, 2015**, after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (ECF No. 30) and Petitioner's objections thereto (ECF Nos. 34, 36), it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**